**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-1045**

─────────────

ARTHUR O. ARMSTRONG,

                                                  Plaintiff - Appellant,

        versus

MICHAEL F. EASLEY; M. D. CONGLETON; CITY OF
WENDELL; CHIEF OF POLICE DEPARTMENT; L. HOUPE;
JOHN DOE,

                                                  Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge.   (5:06-cv-00495-D)

─────────────

Submitted:  March 12, 2007          Decided:  May 3, 2007

─────────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Arthur O. Armstrong, Appellant Pro Se.  Grady L. Balentine, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Kari
Russwurm Johnson, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North
Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur O. Armstrong appeals the district court judgment dismissing his civil rights complaint as frivolous, sanctioning him $3000 and enjoining him from filing anything in the district court without first getting leave of court. We have reviewed the record and the district court order and affirm for the reasons cited by the district court. See Armstrong v. Easley, No. 5:06-cv-00495-D (E.D.N.C. Dec. 12, 2006). We deny Armstrong's motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED